JS-6

FILED
CLERK
JAN 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FRANK PALACIO,<br><br>Petitioner,<br><br>vs.<br><br>MIKE E. POULOS,<br><br>Respondent. | Case No. EDCV 07-1516-GAF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice to petitioner instituting a civil rights action, in strict compliance with the provisions of the PLRA.

DATED: 1/10/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE